IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| GABRIEL PITTMAN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 23-4675 |
| | : | |
| J. RIVELLO, et al. | : | |

## **ORDER**

AND NOW, this 10th day of March, 2026, upon consideration of Petitioner Gabriel Pittman's Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody and the response thereto, after review of the Report and Recommendation of United States Magistrate Judge Carol Sandra Moore Wells and Pittman's Objections, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

1. Pittman's Objections to the Report and Recommendation (Dkt. No. 15) are OVERRULED;

2. The Report and Recommendation (Dkt. No. 14) is APPROVED and ADOPTED;

3. Pittman's habeas petition is TRANSFERRED to the United States Court of Appeals for the Third Circuit pursuant to 28 U.S.C. § 1631 for a determination whether the district court may consider the successive petition;

4. Pittman having failed to make a substantial showing of the denial of a constitutional right, a certificate of appealability shall not issue;

5. Pittman's "Motion for Rule to Show Cause, Expedited Declaratory Judgment Relief, Permanent Injunctive Relief, and Summary Disposition of Habeas Corpus Application" and "Petition and Motion to Supplement Habeas Corpus Action" (Dkt. Nos. 16, 17) are DENIED; and

6. The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

<u>/s/ Juan R. Sánchez</u>
Juan R. Sánchez, J.